## SCHWARTZ v. HORN MICHAEL CO.

(Supreme Court, Appellate Term.   December 16, 1908.)

CORPORATIONS (§ 414*)—NOTES—LIABILITY.
    A corporation is not liable on a note in the absence of evidence that it by any of its authorized officers executed the note.
    [Ed. Note.—For other cases, see Corporations, Cent. Dig. § 1640; Dec. Dig. § 414.*]

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by Samuel Schwartz against the Horn Michael Company. From a judgment for plaintiff, defendant appeals.   Reversed, and new trial ordered.

Argued before GIEGERICH, HENDRICK, and FORD, JJ.

Engel Bros., for appellant.
Herman Weiss, for respondent.

HENDRICK, J.   The plaintiff, suing the defendant upon a promissory note, alleged that the defendant by Charles Michaels, its president, made and delivered to one Morris Schwartz its promissory note, etc.   The only testimony given as to the execution of the note which was thereafter admitted as evidence over the defendant's objection was by Morris Schwartz, who testified that he knew "Michael Horn; that he [Horn] gave him the note; that he knew his signature and saw him sign the note in question."   The witness was evidently confused or his attorney was heedless, as it is evident that he saw Mr. Michaels of the Michael Horn Company sign the note.   Nevertheless there is no proof in the record that the defendant by any of its authorized officers executed the note, and there must be a new trial.

Judgment reversed and new trial ordered, with costs to appellant to abide the event.   All concur.